AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

Raymond Max Snyder,

      Plaintiff,

v.

Sixth Judicial District of Utah, et al.,

      Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 4:23-cv-00008-DN-PK

IT IS ORDERED AND ADJUDGED

That this action is dismissed with prejudice. The Clerk is directed to close the case.

Signed January 17, 2024

BY THE COURT

David Nuffer
United States District Judge