## THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| Raymond Max Snyder,<br><br>                    Plaintiff,<br><br>v.<br><br>Sixth Judicial District of Utah, et al.,<br><br>                    Defendant. | **AMENDED JUDGMENT IN A CIVIL CASE**<br><br>Case No. 4:23-cv-00008-DN-PK<br><br>District Judge David Nuffer |

IT IS ORDERED AND ADJUDGED THAT the judgment entered January 27, 2024, docket no. 45, is amended as follows:

1.     Judgment is entered in favor of Matthew Howell and against Raymond Snyder in the amount of $26,926.85, representing the reasonable attorney's fees and costs awarded in the case.

2.     This Judgment shall bear interest calculated from the date of its entry at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the Judgment.

3.     This action is dismissed with prejudice. The Clerk is directed to close the case.

Signed May 27, 2025.

BY THE COURT

_____
United States District Judge David Nuffer